# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHYDA STINE**                                                                                          **PLAINTIFF**

v.                                            Case No. 4:22-CV-784-LPR

**DOES and ELKIN**                                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed.[1] After carefully considering the Recommendation and making a *de novo* review of the record in this case, the Court approves and adopts the Recommendation in its entirety.

Ms. Stine's Amended Complaint (which is the operative complaint) is dismissed, without prejudice, based on her failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be closed. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The November 2022 Recommendation appears to have been returned to the Court because Ms. Stine was no longer at the jail in November of 2022. In the more than four months since that time, Ms. Stine has not updated her address with the Court. It is her responsibility to do so.